# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER NASH, | ) | CASE NO. CV10-09310-AHM (AJWx) |
| Plaintiff(s), | ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | ) | |
| HENKELS AND McCOY, INC., et al., | ) | |
| Defendant(s). | ) | |

The Court having been advised by Robert Logan, the Attorney Settlement Officer that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: August 24, 2011

_____
A. Howard Matz
United States District Court Judge

**JS-6**