# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NASH, an individual, | Case No. CV10-09310 AHM (AJWx) |
| Plaintiff, | |
| v. | **ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |
| HENKELS & McCOY, INC., a Pennsylvania corporation, and DOES 1 through 50, inclusive, | Complaint Filed: October 27, 2010<br>Trial Date: November 8, 2011 |
| Defendants. | |

Having reviewed the parties' Stipulation of Dismissal With Prejudice, IT IS HEREBY ORDERED that the case *Christopher Nash v. Henkels & McCoy, Inc. et al.,* Case No. CV10-9310 AHM (AJWx) is dismissed with prejudice. Each party is to bear its own respective fees and costs. All pending proceedings are vacated and no further proceedings shall take place in this action.

**IT IS SO ORDERED.**

Dated: September 01, 2011

_____
Hon. A. Howard Matz
United States District Judge

LITTLER MENDELSON
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000